**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| SUMMIT LABELS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-cv-162-TCK-FHM |
| ) | |
| LIBERTY MUTUAL INSURANCE ) | |
| COMPANY, and OHIO SECURITY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Summit Labels, Inc. ("Plaintiff"), by and through its counsel of record, James E. Weger and Bradley J. Brown of Jones, Gotcher & Bogan, P.C., and Defendants Liberty Mutual Insurance Company and Ohio Security Insurance Company, by and through their counsel of record, William W. O'Connor and Margo E. Shipley of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action in the above-styled and numbered case, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

s/William W. O'Connor
William W. O'Connor, OBA No. 13200
Margo E. Shipley, OBA No. 32118
HALL, ESTILL, HARWICK, GABLE, GOLDEN & NELSON, P.C.
320 South Boston, Suite 200
Tulsa, Oklahoma  74103
(918) 594-0400 telephone
(918) 594-0505 facsimile
boconnor@hallestill.com
mshipley@hallestill.com

**ATTORNEYS FOR DEFENDANTS, LIBERTY MUTUAL INSURANCE COMPANY AND OHIO SECURITY INSURANCE COMPANY**

-and-

s/Bradley J. Brown*
James E. Weger, OBA # 9437
Bradley J. Brown, OBA # 31003
JONES, GOTCHER & BOGAN, P.C.
15 East 5th Street, Suite 3800
Tulsa, OK 74103
Telephone: (918) 581-8200
Facsimile: (918) 583-1189
Email:  jweger@jonesgotcher.com
            bbrown@jonesgotcher.com

**ATTORNEYS FOR PLAINTIFF SUMMIT LABELS, INC.**

*Signed by filing attorney with permission of Plaintiff's attorney.*